## In re the MARRIAGE OF Mary Victoria ABSHER and Charles Don Absher.

### Mary Victoria ABSHER, Petitioner/Respondent,

v.

### Charles Don ABSHER, Respondent/Appellant.

#### No. 60691.

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1992.

John L. Oliver, Jr., Michael J. Ponder, Oliver, Oliver, Waltz & Cook, Cape Girardeau, for respondent/appellant.

Lenzie L. Leftridge, Flat River, for petitioner/respondent.

### ORDER

PER CURIAM.

This is an appeal from the trial court's order awarding wife maintenance and attorney's fees pendente lite in a dissolution case. The trial court's order is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo.banc 1976).

An opinion reciting the detailed facts and restating the principals of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

■

## STATE of Missouri, Respondent,

v.

### David Allen BOWN, Appellant.

#### No. 61099.

Missouri Court of Appeals,
Eastern District,
Northern Division.

June 30, 1992.

Robert E. Jones, St. Louis, for appellant.

John J. Jackson, Pros. Atty., Hannibal, for respondent.

### ORDER

PER CURIAM.

Defendant David Allen Bown appeals from his conviction for driving while intoxicated, a violation of RSMo § 577.010 (1986).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, we have furnished the parties with a memorandum opinion setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).